SLR:MMD:dr
F.#1998Z01070/01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA, | STIPULATION FOR <u>VOLUNTARY WAGE DEDUCTION</u> |
| - against - | Criminal Action No. CR-97-0970 |
| ERNESTO FELIX, | (Ross, J.) |
| Defendant. | |

- - - - - - - - - - - - - - -X

Pursuant to the Judgment in the above-captioned case dated June 4, 1998, sentencing the defendant to, among other things, pay restitution in the amount of $26,500.00 plus interest, at the rate of 5% of Mr. Felix's net monthly income.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the United States and defendant Ernesto Felix, as follows:

1. Defendant authorizes his employer, Simpson, Thatcher & Bartlett, 425 Lexington, 30th Fl., New York, NY 10017, Attn: Office Services to deduct $200.00 a month and transmit said deductions to the Clerk of the Court for the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201.

2. The United States agrees to credit defendant for the amount of each payment upon notification from the Clerk of

the Court of the receipt of said payment.

3. Defendant further agrees that upon receipt by Simpson, Thatcher & Bartlett. of a "so ordered" certified copy of this stipulation and order, Simpson, Thatcher & Bartlett shall be authorized to deduct $200.00 a month of defendant's income and transmit said deductions via check payable to the "Clerk of the Court for the United States District Court for the Eastern District of New York" at 225 Cadman Plaza East, Brooklyn, New York, 11201. Each check transmitting said payments shall bear the reference "<u>United States v. Ernesto Felix</u>, CR-97-0970."

4. Defendant further agrees that the Simpson, Thatcher & Bartlett shall be authorized to begin the deductions referred to in paragraph 1 and 3, as of the pay period immediately following the receipt by Simpson, Thatcher & Bartlett of a "so ordered" certified copy of this stipulation and order.

5. This agreement shall remain in full force and effect until defendant's debt is paid in full or he is no longer employed by Simpson, Thatcher & Bartlett.

Dated: Brooklyn, New York
       January 17, 2006

> ROSLYNN R. MAUSKOPF
> United States Attorney
> Eastern District of New York
> Attorney for Plaintiff
> One Pierrepont Plaza, 16th Fl.
> Brooklyn, N. Y.  11201
>
> By: _____
> MARY M. DICKMAN
> Assistant U.S. Attorney
> (718) 254-6022
>
> By: _____
> ERNESTO FELIX
> 1410 Metropolitan Avenue
> Bronx, NY 10462

IT IS SO ORDERED:

Dated: Brooklyn, New York
       February 1, 2006

_____
HONORABLE ALLYNE R. ROSS
U.S. DISTRICT JUDGE